UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN CHANELL ROSS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24-cv-00146-MTS |
| DR. MENAKA CHANDRA, | ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon self-represented Plaintiff Susan Chanell Ross's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. After a review of Plaintiff's Application, the Court will deny it without prejudice.

Plaintiff's Application states her gross wages are $640.00, which results in a "take-home pay" of $525.00 per week. Plaintiff failed, though, to fully answer question number two, which asks for her employer's name and address.* Elsewhere on the form, Plaintiff stated that she has no money "in cash or in a checking or savings account." Yet she goes on to declare that she has *no* "housing, transportation, utilities, or loan payments," and no "other regular monthly expenses." She also lists no one who is "dependent on [her] for support." Lastly, for her "debts or financial obligations" she lists "Student loan $12,000." She does not state to whom the loan is payable; nor does she state any monthly payments she is required to make.

---

\* Nor did Plaintiff write "not applicable" or provide some other indication that she is unemployed.

Given that Plaintiff declares she is bringing home $525.00 per week and has no dependents and no "regular monthly expenses," the Court cannot conclude she is unable to pay the filing fee. For that reason, the Court will deny her Application. The Court will provide Plaintiff thirty days by which to pay the $405 filing fee or to carefully complete and file another application to proceed in district court without prepaying fees or costs. The Court reminds Plaintiff that the declarations made on that form are made under penalty of perjury. *See* 18 U.S.C. § 1621 (providing penalties for perjury); *see also* Fed. R. Civ. P. 11(b)–(c) (allowing for sanctions for misrepresentations made to the court).

Accordingly

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **DENIED** without prejudice. No later than **Friday, March 01, 2024**, Plaintiff must pay the $405 filing fee or carefully complete and file another application to proceed in district court without prepaying fees or costs.

**Plaintiff's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further notice.**

Dated this 1st day of February 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE