UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN CHANELL ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24-cv-00146-MTS |
| | ) |
| DR. MENAKA CHANDRA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion for Extension of Time. Doc. [22]. In it, she states she seeks additional time to respond to Defendant's Disclosure Statement. But Plaintiff has failed to timely respond to Defendant's Motion to Strike, Doc. [14], and Defendant's Motion to Dismiss, Doc. [16]. *See* E.D. Mo. L.R. 4.01(B); *see also In re Harris*, 277 F. App'x 645 (8th Cir. 2008) (per curiam) (noting even pro se litigants must comply with court rules and directives (citing *Soliman v. Johanns*, 412 F.3d 920, 92122 (8th Cir. 2005))). The Court will provide Plaintiff with **ten (10) days** to file all required responses to Defendant's filings. If Plaintiff fails to do so, the Court may dismiss this action for Plaintiff's failure to prosecute it, *see* Fed. R. Civ. P. 41(b), or the Court may grant Defendant's Motions, *see, e.g.*, *Scott v. State of Tenn.*, 878 F.2d 382 (6th Cir. 1989) (per curiam) ("Because the plaintiff failed to make a timely response to defendants' motion, the district court properly deemed the plaintiff to have waived his objections and found the defendants' motion to be meritorious."); *Farraj v.*

*Cunningham*, 659 F. App'x 925, 927 (9th Cir. 2016) (per curiam) (affirming the district court's dismissal of plaintiff's complaint based on his failure to oppose motions to dismiss).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time, Doc. [22], is **GRANTED** in that Plaintiff shall have through **Friday, September 13, 2024**, to respond to **all** outstanding Motions.  If Plaintiff fails to do so, the Court will dismiss this action.

Dated this 3rd day of September 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE